## BENITO SOSTRE *v.* COMMISSIONER OF CORRECTION
### (AC 29408)

McLachlan, Robinson and Hennessy, Js.

Argued January 12—officially released February 3, 2009

Per Curiam. The judgment is affirmed.

## GREGORY GAYMON *v.* COMMISSIONER OF CORRECTION
### (AC 29353)

McLachlan, Harper and Schaller, Js:

Argued January 13—officially released February 3, 2009

Per Curiam. The appeal is dismissed.

## JAMES KING *v.* ELISHA LAROSE ET AL.
### (AC 29712)

Harper, Lavine and Pellegrino, Js.

Argued January 15—officially released February 3, 2009

Per Curiam. The judgment is affirmed.